UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

MEE WAH CHAN; WEI-JEN HUANG,

                Plaintiffs,

          -against-

JIM NASHTY; SHAHRAM NASSI;
CHERRY TOWER CONDOMINIUMS LLC;
DEPARTMENT OF BUILDING QUEENS OFFICE;
NEW YORK CITY; JOHN DOES 1 THROUGH 99,

                Defendants.

-----------------------------------------------------------------x

**MEMORANDUM
AND ORDER**
08-CV-1089 (CBA)

AMON, United States District Judge.

        On May 21, 2008, defendants Jim Nashty, Shahram Nassi, and Cherry Tower

Condominiums L.L.C. served on all other parties a motion to dismiss the complaint in this action

pursuant to Federal Rule of Civil Procedure 12(b)(1). Plaintiff, and/or any other part seeking to

oppose the motion is directed to serve the moving defendants with their opposition papers by July

18, 2008. Any reply shall be due August 1, 2008, at which time all parties shall file their papers

with the Court. Any requests for an extension of time shall indicate whether or not all parties

consent to the proposed extension.

        SO ORDERED.

Dated: Brooklyn, New York
       May 22, 2008

                /S/

                Carol Bagley Amon,
                United States District Judge